# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYANE A. YEPREMYAN, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>GC SERVICES, L.P., a Texas Limited Partnership; CLIENT SERVICES, INC., a Missouri Corporation; PROFESSIONAL COLLECTION CONSULTANTS, INC., a California Corporation; CREDITORS FINANCIAL GROUP, LLC, a Colorado Limited Liability Company; ENHANCED RECOVERY COMPANY, LLC, a Florida Limited Liability Company; RESURGENT CAPITAL SERVICES, L.P., a Delaware Limited Partnership; FMS INCORPORATED, an Oklahoma Corporation; CENTRAL PORTFOLIO CONTROL, INC., a Minnesota Corporation; RICHARD J. BOUDEREAU & ASSOCIATES, LLC, a New Hampshire Limited Liability Company; ZWICKER & ASSOCIATES, P.C., a Massachusetts Professional Corporation; NORTHLAND GROUP, INC., a Minnesota Corporation; J.C. CHRISTENSEN & ASSOCIATES, | **Case no. 2:12-cv-04380--SVW-RZ**<br><br>**JUDGMENT** |

1

**JUDGMENT**

**2:12-cv-04380-SVW-RZ**

07140.00/191144-1.wpd

| | |
|---|---|
| INC., a Minnesota Corporation; NATIONWIDE CREDIT, INC., a Minnesota Corporation; ALLIANCEONE RECEIVABLES MANAGEMENT, INC., a Delaware Corporation; | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

By Minute Order dated January 7, 2013 (Docket no. 88), this Court granted (1) Defendants J.C. Christensen and Associates, Inc. and Creditors Financial Group, LLC's  Motion to Dismiss Plaintiff Gayane A. Yepremyan Complaint and Request for Sanctions Against Arshak Bartoumian (Docket no. 25) and (2) Defendant Client Services, Inc.'s Motion to Dismiss Plaintiff Gayane A. Yepremyan Complaint and Request for Sanctions Against Arshak Bartoumian (Docket no. 56), dismissing Client Services, Inc., J.C. Christensen and Associates, Inc., and Creditors Financial Group, LLC with prejudice.

By Minute Order dated January 18, 2013 (Docket no. 100), this Court awarded Client Services, Inc., J.C. Christensen and Associates, Inc., and Creditors Financial Group, LLC their attorneys' fees and costs as a sanction against Plaintiff's counsel, Arshak Bartoumian, as follows:

　　　　i.　　　Client Services, Inc., incurred and was awarded $1,729.00 in reasonable attorneys' fees and costs;

　　　　ii.　　　Creditors Financial Group, LLC incurred and was awarded $1,151.55 in reasonable attorneys' fees and costs; and,

　　　　iii.　　　J.C. Christensen and Associates, Inc. incurred and was awarded $1,607.05 in reasonable attorneys' fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing by his complaint and Defendants Client Services, Inc., J.C. Christensen and Associates, Inc., and Creditors Financial Group, LLC are hereby **DISMISSED** from this action, **WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** and that Plaintiff's counsel, Arshak Bartoumian, shall pay to Defendants Client Services, Inc., J.C. Christensen and Associates, Inc., and Creditors Financial Group, LLC the collective amount of **$4,487.60** in care of and payable to Carlson & Messer LLP Client Trust Account, 5959 West Century Boulevard, Suite 1214, Los Angeles, California 90045 within 30 days of the entry of this judgment.

DATED: January 22, 2013          _____

The Hon. Stephen V. Wilson
United States District Court Judge