Renee C. Ohlendorf (263939)
rohlendorf@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001

Attorneys for Defendant GC SERVICES, LP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYANE A. YEPREMYAN, an individual | Case No. CV 12-4380-SVW(RZx) |
| Plaintiffs, | [PROPOSED] JUDGMENT |
| vs. | |
| GC SERVICES, L.P., a Texas Limited Partnership, CLIENT SERVICES, INC., a Missouri Corporation, PROFESSIONAL COLLECTION SERVICES, INC., a California Corporation, CREDITORS FINACIAL GROUP, LLC, a Colorado Limited Liability Company, ENHANCED RECOVERY COMPANY, LLC, a Florida Limited Liability Company, RESURGENT CAPITAL SERVICES, L.P., a Delaware Limited Partnership, FMS INCORPORATED, an Oklahoma Corporation, CENTRAL PORTFOLIO CONTROL, INC. A Minnesota Corporation, RICHARD J. BOUDEREAU & ASSOCIATES, LLC, a New Hampshire Limited Liability Company, ZWICKER & ASSOCIATES, P.C., a Massachusetts Professional Corporation, NORTHLAND GROUP, INC., a Minnesota Corporation, J.C. CHRISTENSEN & ASSOCIATES, INC., a Minnesota Corporation, NATIONWIDE CREDIT, INC., a Minnesota Corporation, ALLIANCEONE RECEIVABLES MANAGEMENT, INC., a Delaware | |

1
[PROPOSED] JUDGMENT

| | |
|---|---|
| 1 | Corporation, |
| 2 |       Defendants. ) |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Proof appearing from the files and records of this Court that the Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6), filed by Defendant GC SERVICES, LP, having been granted with prejudice by this Court's Orders of January 7, 2013 and January 18, 2013 [Docket Nos. 88, 101], and the Motion for Sanctions, having been granted in favor of Defendant GC Services, LP and against Plaintiff's attorney, Arshak Bartoumian, by this Court's Order of January 18, 2013 [Docket No. 100], in the total amount of $5,917.23,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing against Defendant GC Services, LP, and that Plaintiff's attorney, Arshak Bartoumian, shall pay to GC Services, LP the amount of $5,917.23 within thirty (30) days of entry of this judgment.

Dated: January 29, 2013

                                                                  HON. STEPHEN V. WILSON
                                                                  U.S. District Court Judge