# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYANE A. YEPREMYAN, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>GC SERVICES, L.P., *et al.*,<br><br>        Defendants. | Case No.: 2:12-cv-04380-SVW-RZ<br><br>**JUDGMENT** |

On October 15, 2012, defendant Resurgent Capital Services, L.P. filed a motion for judgment on the pleadings on all claims against it in the complaint of plaintiff Gayane A. Yepremyan ("Plaintiff"). (Doc. No. 58.) On October 30, 2012, defendants Northland Group, Inc. and Central Portfolio Control, Inc. filed motions for judgment on the pleadings on all claims against them in Plaintiff's complaint. (Doc. Nos. 68, 70.)

On November 9, 2012, Resurgent Capital Services, L.P. filed a motion for an award of sanctions for its attorneys' fees and costs incurred in defending this action. (Doc. No. 73.) On November 20, 2012, Northland Group, Inc. filed a motion for an award of sanctions for its attorneys' fees and costs incurred in

defending this action.  (Doc. No. 78.)

By Minute Order dated January 7, 2013, this Court granted (i) the motions for judgment on the pleadings filed by Resurgent Capital Services, L.P., Northland Group, Inc., and Central Portfolio Control, Inc.; and (ii) the motions for sanctions filed by Resurgent Capital Services, L.P., and Northland Group, Inc.  (Doc. No. 88.)

By Minute Order dated January 18, 2013, this Court awarded attorneys' fees and costs as a sanction against Plaintiff's counsel, Arshak Bartoumian, as follows:

Resurgent Capital Services, L.P. incurred and was awarded $8,234.91 in reasonable attorneys' fees and costs; and

Northland Group, Inc. incurred and was awarded $5,183.40 in reasonable attorneys' fees and costs.

(Doc. No. 100.)

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing by Plaintiff's complaint and defendants Resurgent Capital Services, L.P., Northland Group, Inc., and Central Portfolio Control, Inc. are hereby **DISMISSED** from this action, **WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's counsel, Arshak Bartoumian, shall pay to defendant Resurgent Capital Services, L.P. the amount of **$8,234.91**, and defendant Northland Group, Inc. the amount of **$5,183.40**, in care of and made payable to Moss & Barnett, P.A. Client Trust Account, 4800 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402.

DATED: January 29, 2013

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE