1
2
3
4
5
6
7                   UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9
   GAYANE YEPREMYAN,              )   CASE NO.: 12-cv-04380-SVW-RZ
10                                 )
                                   )   [PROPOSED] JUDGMENT
11         Plaintiff,              )
                                   )
12    vs.                          )
                                   )
13                                 )
                                   )
14 GC SERVICES, L.P., *et al.*,    )
                                   )
15                                 )
         Defendants.                )
16                                 )
                                   )
17 _____ )
18
19
20
21
22
23
24
25
26
27
28

1  The motion of defendant AllianceOne Receivables Management, Inc. ("AllianceOne") to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. No. 32) and AllianceOne's motion for sanctions (Doc. No. 83) came on for hearing on January 7, 2013 before this Court. For the reasons stated in the Court's Order Granting Defendant AllianceOne's Motion to Dismiss (Doc. No. 88), dated January 7, 2013, JUDGMENT IS HEREBY ENTERED in favor of defendant AllianceOne and against plaintiff Gayane Yepremyan.

Further, in accordance with the Court's Order Granting Defendant AllianceOne's Motion for Sanctions (Doc. No. 100), dated January 18, 2013, JUDGMENT IS HEREBY ENTERED in favor of defendant AllianceOne and against plaintiff's counsel, Arshak Bartoumian, in the amount of $6,915.95. Plaintiff's Counsel, Arshak Bartoumian, shall pay AllianceOne within 30 days of the entry of this judgment

DATED: January 29, 2013

_____
The Hon. Stephen V. Wilson
United States District Court Judge