UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gayane A. Yepremyan, an individual, | Case No.  CV 12-4380 SVW RZ |
| PLAINTIFF, | Judge:  Hon. Stephen V. Wilson |
| vs. | JUDGMENT OF DISMISSAL WITH PREJUDICE OF DEFENDANT NATIONWIDE CREDIT, INC. |
| GC SERVICES, L.P., A Texas Limited Partnership; CLIENT SERVICES, INC., a Missouri Corporation; PROFESSIONAL COLLECTION CONSULTANTS, INC., A California Corporation; CREDITORS FINANCIAL GROUP, LLC, A Colorado Limited Liability Company; ENHANCED RECOVERY COMPANY, LLC, A Florida Limited Liability Company; RESURGENT CAPITAL SERVICES, L.P., A Delaware Limited Partnership; FMS INCORPORATED, An Oklahoma Corporation; CENTRAL PORTFOLIO CONTROL, INC., A Minnesota Corporation; RICHARD J. BOUDEREAU & ASSOCIATES, LLC, | Complaint Filed: May 24, 2012 Trial date: None scheduled |

A New Hampshire Limited Liability )
Company; ZWICKER & )
ASSOCIATES P.C., A Massachusetts )
Professional Corporation; )
NORTHLAND GROUP, INC., A )
Minnesota Corporation; J.C. )
CHRISTENSEN & ASSOCIATES, )
INC., A Minnesota Corporation; )
NATIONWIDE CREDIT, INC., A )
Minnesota Corporation; )
ALLIANCEONE RECEIVABLES )
MANAGEMENT, INC.,  A Delaware )
Corporation, )
                                    )
          Defendants.               )
_____)

Defendant Nationwide Credit, Inc.'s ("NCI") Motion for Judgment on the Pleadings came on regularly for hearing on January 7, 2013 before the Hon. Stephen V. Wilson.  The motion was unopposed.  NCI was represented by Debbie P. Kirkpatrick.  No appearance was made on behalf of Plaintiff.

Upon consideration of Defendant's Motion and all papers filed on the record, and good cause appearing, the Court GRANTED NCI's Motion for Judgment on the Pleadings as to Plaintiff's claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq.*, the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, the Consumer Credit Reporting Agencies Act,  Cal. Civ.

Code § 1785, *et seq.*, and for defamation and invasion of privacy/false light, with prejudice.  (*See* Docket No. 88.)  Now therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Nationwide Credit, Inc. is hereby dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated:  February 22, 2013

_____
Hon. Stephen V. Wilson
United States District Judge